UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24bk08599 |
| Kumas Holdings, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO BURKE, WARREN, MACKAY & SERRITELLA, P.C., ATTORNEYS FOR
DEBTOR, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 29,739.00 | TOTAL COSTS REQUESTED: | $ 53.83 |
| TOTAL FEES REDUCED: | $ 3,685.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 26,054.00 | TOTAL COSTS ALLOWED: | $ 53.83 |

TOTAL FEES AND COSTS ALLOWED: $ 26,107.83

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Unauthorized Work – TOTAL of disallowed amounts $ 3,685.00</u>

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr. N.D. Ill. 1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

Dated:  October 23, 2024

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

*A full-service Chicago law firm representing clients nationwide*

330 NORTH WABASH AVENUE, SUITE 2100, CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000 FACSIMILE (312) 840-7900
TAX ID #: 36-3815082

September 24, 2024

Invoice No. 369350

Kuma's Holdings, LLC
Chicago, IL 60618

**Matter No.: 17743 - 00006**

**RE: Chapter 11 Filing Issues**

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 6/04/24 | DKW | Drafting of Holdings Chapter 11 engagement letter. | .30 |
| 6/05/24 | DKW | Emails to/from client re: Chapter 11 filing issues. | .30 |
| 6/05/24 | DKW | Two (2) teleconferences with R. Cain re: Chapter 11 filing issues. | .30 |
| 6/05/24 | DKW | Emails to/from D. Kaminski and R. Cain re: Chapter 11 strategy. | .30 |
| 6/05/24 | DKW | Telephone conference with R. Cain and D. Kaminski re: authorization to file Chapter 11 case. | .30 |
| 6/05/24 | DKW | Edit/Revision of corporate resolution authorizing Chapter 11 filing. | .10 |
| 6/05/24 | DKW | Email to D. Kaminski and R. Cain re: revised corporate resolution. | .10 |
| 6/07/24 | DKW | Drafting of initial Chapter 11 filing documents. | 1.00 |
| 6/08/24 | DKW | Edit/Revision of initial Chapter 11 filing documents. | .30 |
| 6/09/24 | DKW | Telephone conference with client re: Chapter 11 filing. | .20 |
| 6/10/24 | DKW | Drafting of initial Chapter 11 filing documents. | 1.00 |
| 6/10/24 | DKW | Emails to/from client re: Chapter 11 issues. | .20 |
| 6/10/24 | DKW | Two (2) teleconferences with client re: Chapter 11 issues. | .40 |
| 6/11/24 | DKW | Two (2) teleconferences with client re: Chapter 11 filing. | .30 |
| 6/11/24 | DKW | Edit/Revision of initial Chapter 11 filing documents. | .40 |
| 6/11/24 | DKW | Telephone conference with J. Hiltz re: Chapter 11 filing. | .10 |
| 6/11/24 | DKW | Numerous emails to/from client re: Chapter 11 filing and related issues. | .40 |
| 6/11/24 | DKW | Reading and analysis of relatedness rule; drafting of relatedness verification. | .40 |
| 6/11/24 | BPW | Edit/revise initial chapter 11 filing documents. | .40 |
| 6/12/24 | DKW | Telephone conference with client re: chapter 11 administrative issues. | .20 |
| 6/12/24 | DKW | Emails to/from E. Carruthers re: IDI and creditors' meeting. | .20 |
| 6/12/24 | DKW | Emails to/from S. Ramirez re: creditors' meeting. | .10 |
| 6/12/24 | DKW | Emails to/from M. Brash re: relationship to Cain chapter 11 case. | .20 |
| 6/12/24 | DKW | Telephone conference with J. Hiltz re: Chapter 11 filing. | .20 |
| 6/13/24 | DKW | Two (2) teleconferences with client re: Chapter 11 issues. | .30 |

# BURKE, WARREN, MacKay & Serritella, P.C.

*A full-service Chicago law firm representing clients nationwide*

330 NORTH WABASH AVENUE, SUITE 2100, CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000 FACSIMILE (312) 840-7900
TAX ID #: 36-3815082

September 24, 2024

Invoice No.    369351

Kuma's Holdings, LLC
Chicago, IL  60618

**Matter No.: 17743 - 00007**

**RE:   Cash Collateral**

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 6/06/24 | DKW | Emails to/from client re: cash flow projections; creditor list. | .20 |
| 6/08/24 | DKW | Review of draft cash flow projections. | .20 |
| 6/11/24 | DKW | Reading and analysis of revised cash collateral projections. | .20 |
| 6/11/24 | DKW | Drafting of interim cash collateral order. | .80 |
| 6/12/24 | DKW | Drafting of Cash Collateral Motion. | 1.30 |
| 6/12/24 | DKW | Drafting of initial interim cash collateral order. | .90 |
| 6/12/24 | DKW | Edit/Revision of cash collateral motion and interim order. | .50 |
| 6/12/24 | DKW | Two (2) teleconferences with client re: cash collateral issues. | .40 |
| 6/12/24 | BPW | Edit/revise Cash Collateral Motion and Order. | .50 |
| 6/14/24 | DKW | Emails to/from client re: cash collateral issues. | .20 |
| 6/14/24 | DKW | Telephone conference with R. Cain re: cash collateral usage and related issues. | .30 |
| 6/24/24 | DKW | Emails to/from client re: cash collateral issues. | .20 |
| 6/25/24 | DKW | Emails to/from J. Seyedin re: payroll; cash collateral issues. | .20 |
| 6/26/24 | DKW | Preparation for Court re: initial hearing on motion to use cash collateral. | .30 |
| 6/26/24 | DKW | Court appearance re: initial hearing on motion to use cash collateral. | .80 |
| 6/26/24 | DKW | Two (2) teleconferences with client re: use of cash collateral. | .30 |
| 6/26/24 | DKW | Telephone conference with J. Seyedin re: use of cash collateral. | .20 |
| 6/26/24 | DKW | Email to J. Seyedin re: use of cash collateral. | .10 |
| 7/02/24 | DKW | Telephone conference with client re: payroll and cash collateral issues. | .20 |
| 7/17/24 | DKW | Emails to/from J. Seyedin re: cash collateral budget and related issues. | .20 |
| 7/29/24 | DKW | Telephone conference with client re: continued use of cash collateral. | .10 |
| 8/22/24 | DKW | Emails to/from client re: continued use of cash collateral. | .20 |
| 8/27/24 | DKW | Telephone conference with client re: continued use of cash collateral. | .20 |
| 8/28/24 | DKW | Email to client re: new cash collateral projections. | .10 |
| 8/28/24 | DKW | Drafting of order extending interim use of cash collateral. | .30 |

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

*A full-service Chicago law firm representing clients nationwide*

330 NORTH WABASH AVENUE, SUITE 2100, CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000 FACSIMILE (312) 840-7900
TAX ID #: 36-3815082

September 24, 2024

Invoice No.        369352

Kuma's Holdings, LLC
Chicago, IL  60618

**Matter No.: 17743 - 00008**

**RE:   General Business Issues**

**PROFESSIONAL SERVICES**

| Date | Tkpr | Description | Hours |
|------|------|-------------|-------|
| 6/04/24 | DKW | Review of amended Holdings operating agreement. | .40 |
| 6/05/24 | DKW | Drafting of promissory note re: loan from KBIV. | .30 |
| 6/06/24 | DKW | Review of 2021 and 2022 tax returns; 2023 and 2024 financials. | .80 |
| 6/18/24 | DKW | Emails to/from R. Cain and D. Kaminski re: Hacket contract and claims. | .30 |
| 6/18/24 | DKW | Telephone conference with client re: license fees and related issues. | .20 |
| 6/18/24 | DKW | Emails to/from client re: license fees and related issues. | .30 |
| 6/19/24 | DKW | Telephone conference with client re: license fees from Indianapolis restaurant. | .20 |
| 6/19/24 | DKW | Review of Regency lease documents and guaranty. | .40 |
| 6/20/24 | DKW | Review of documents relating to license fees from Indianapolis restaurant. | .40 |
| 6/20/24 | DKW | Telephone conference with client re: license fees for Indianapolis restaurant. | .30 |
| 6/21/24 | DKW | Telephone conference with client re: liquor sale issues. | .20 |
| 6/21/24 | DKW | Emails to/from R. Mendoza and client re: hold on liquor sales. | .40 |
| 6/21/24 | DKW | Emails to/from client re: Indy license fees. | .20 |
| 6/21/24 | DKW | Email to J. Toth re: insurance; corporate organization chart. | .10 |
| 6/21/24 | DKW | Email to J. Seyedin re: corporate governance issues. | .10 |
| 6/21/24 | DKW | Emails to/from client re: insurance. | .10 |
| 6/24/24 | DKW | Emails to/from J. Toth re: insurance. | .10 |
| 6/27/24 | DKW | Emails to/from J. Harrelson re: PNC freeze on bank account. | .30 |
| 6/27/24 | DKW | Two (2) teleconferences with client re: resolution of freeze on PNC bank account. | .30 |
| 6/27/24 | DKW | Emails to/from re: freeze on PNC bank account. | .20 |
| 6/28/24 | DKW | Emails to/from R. Cain re: PNC bank account issues. | .30 |
| 6/28/24 | DKW | Telephone conference with client re: PNC bank account issues. | .20 |
| 7/01/24 | DKW | Drafting of Letter of Direction to Kuma's Indy re: royalty payments. | .40 |
| 7/01/24 | DKW | Email to client and J. Hiltz re: Laduzinsky letter of director. | .10 |